## The People on the relation of Smith W. Fowler v. The Judge of Manistee Circuit.

*Mandamus : Amending bill of exceptions : Laches : Assignments of error : Waiver.* A plaintiff in error who has delayed making his application until after the lapse of one term from the filing of the bill of exceptions, and has in the meantime filed assignments of error to the bill as settled, has thereby waived his right to *mandamus* to compel an amendment of the bill of exceptions.

*Heard January 6. Decided January 7.*

Application for *Mandamus*.

This application was to require the respondent to amend the bill of exceptions in the case of *Fowler v. Hoffman*, now pending in this court on writ of error. It appears that the bill of exceptions was settled in August last, and the

return to the writ of error was made and filed October 8th last, and assignments of error have since been filed to the bill as settled.    The cause is on the docket for the present January term.

*S. W. Fowler,* in person, for the relator, moved, *ex parte,* for an order to show cause.

THE COURT held that the relator, by his course, had waived his right to the relief sought.
Writ denied.